1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
8                                  AT SEATTLE

9    NATIONAL PRODUCTS, INC.,

10            Plaintiff,

11                                                      NO.  C12-840RSL
          vs.
12                                                      ORDER REMOVING CASE FROM
     GAMBER-JOHNSON, LLC.,                              ACTIVE CASELOAD
13
              Defendant.
14

15
          This Court having stayed the above-entitled action pending the resolution of the reexamination
16
     of U.S. Patent No. 8,179, 672.  It is HEREBY ORDERED that this action shall be removed from this
17
     Court's active caseload until further application by the parties or order of this Court.  The parties shall
18
     file a joint status report every six months from the date of November 9, 2012, per the stipulation and
19
     order, dkt. # 44.  The Court will consider motions to lift the stay, if warranted.  The parties will also
20
     within 14 days of the completion of the rexamination of the patent, file a joint status report with the
21
     Court.
22
          This Court retains full jurisdiction and this Order shall not prejudice any party in this action.
23
          DATED this 7ᵗʰ day of March, 2013.
24

25

26
                                           Robert S. Lasnik
27                                         United States District Judge

28   ORDER REMOVING CASE FROM ACTIVE CASELOAD